**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01112-CV

## IN THE INTEREST OF G.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-98-00657**

## ORDER

Before the Court is appellant's December 12, 2016 motion for an extension of time to file

a brief.  We **GRANT** the motion.  Appellant shall file a brief by Monday, January 23, 2016.

/s/     ELIZABETH LANG-MIERS
JUSTICE